■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS JONES, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Cor-

rectional Facility, Respondent.—Appeal unanimously dismissed as moot *(People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Doerr, JJ.